AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Plaintiff

V.

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05 - 219

I, **Kevin S. Epperson**, declare that I am the (check appropriate box)
☑ Petitioner/Plaintiff/Movant  ☐ Other in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration **Delaware Correctional Center**

    Are you employed at the institution? ☐ Yes ☑ No

    Do you receive any payment from the institution? ☐ Yes ☑ No

    *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☑ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes ☑ No
    b. Rent payments, interest or dividends             ☐ Yes ☑ No
    c. Pensions, annuities or life insurance payments   ☐ Yes ☑ No
    d. Disability or workers compensation payments      ☐ Yes ☑ No
    e. Gifts or inheritances                            ☐ Yes ☑ No
    f. Any other sources (my mother off and on)         ☑ Yes ☐ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

    (2 Twice a month) it's about 10 or 20 dollars it's not that much plus she doesn't send that many times.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Kevin Epperson     SBI#: 152052

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 22, 2005

---

Attached are copies of your inmate account statement for the months of September 1, 2004 to February 28, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | .52 |
| Oct | 6.31 |
| Nov | (-.52) |
| Dec | 2.84 |
| Jan | 5.35 |
| Feb | 9.49 |

Average daily balances/6 months: 7.24

Attachments
CC: File

Stacy Shane
3/22/05

Mike Little
Notary Public
3/23/05