# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Kevin Sidney Epperson
(Enter above the full name of the plaintiff in this action)

05 - 219

V.

Commissioner Stanley Taylor
Warden Thomas Carroll
Dental Department ETAL (subcontracted)
(Enter above the full name of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

YES [ ]     NO [✓]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

2. Court (if federal court, name the district, if state court, name the county)

_____

3. Docket Number_____

4. Name of judge to whom case was assigned

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution?   YES [ ]   NO [ ]

B. Did you present the facts relating to your complaint in the state prisoner Grievance procedure:   YES [ ]   NO [ ]

C. If your answer is YES,

1. What steps did you take? *Filed Grievance according To Dueprocess proceedures*

2. What was the result? *The Dental Department Tried To get me To sign off before work was complete.*

D. If your answer is NO, explain why not _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   YES [ ]   NO [ ]

F. If your answer is YES,

1. What steps did you take? _____

_____

2. What was the result? _____

_____

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff _Kevin Sidney Epperson_
    Address _D.C.C. Smyrna Del 19977_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.  Defendant _Stanley Taylor_ is employed as _Commissioner of Corrections_ at _80 Monrovia Ave Smyrna Del 19977_

C.  Additional Defendants _All additional Defendants named are hear employed at The Dept of Corrections. Delaware Correctional Center Smyrna De. 19977_
    _Please see attached sheet_

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_Please see attached sheet_

-3-

V.    Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like the Court To make Dental Department give me a Inpression and give me my Dentures A.S.A.P. And give me some money For Pain and Suffering which violated 5th Amend

Signed this 12 day of April, 20 05

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4/12/05
Date

_____
(Signature of Plaintiff)

4. Do you have any cash or checking or savings accounts?   ☐ Yes ☑ No

   If "Yes" state the total amount $ __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes ☑ No

   If "Yes" describe the property and state its value.


6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.


I declare under penalty of perjury that the above information is true and correct.

Date: __4/12/05__    Signature of Applicant __Kevin Brinson__

## Memorandum of Facts

Epperson has <u>no</u> Teeth in his mouth which makes it very hard to eat. At certain times Epperson can't eat at all. Therefore Epperson should be a priority. Epperson has sent out plenty of medical grievances. The first medical grievance Dental mislead Epperson to sign off by making him a promise they would complete the work but didn't. Epperson sent another medical grievance out about medical Department Dental misleading there agreement which breaches the promise made by Dental. Epperson was called up to Dental but Dental still tried to get Epperson to sign off knowing the work was not finish. Epperson did not sign off. All this happen on April 1, 2005

Black Law quotes Due process all rights which are of such fundamental importance as to require compliance with due process standards of fairness and justice.

Epperson's Due process rights have been violated based on Dental undermining the fundamental, legality, reliability integrity of the proceedings and authority.

The only Reason Epperson got any Type of Service Eppersons Family member had To call down To D.C.C.

Eppersons Family member calling down To D.C.C. shows that Dental Department was unprofessional. After Eppersons Family member called Dental still Tried To prolong so they wouldn't look like they were in the wrong. When Epperson did go To Dental the staff Tried To use Frivolous excuses To cover up Family member calling.

Medical grievances were Filed by Epperson and the women who was the Dentist mislead Epperson, the Dentist women ETA Told Epperson she would put him on the Follow-up list and that Epperson would get Dentures. Epperson sign off not Thinking and Taking ETAL at her word, the Follow up appointment never came nor the Dentures so Epperson Filed another Medical grievance showing that The Dentist women ETAL and the appointment maker women breached the contract of the 1st grievance.

Epperson was called back To Dental at that Time the women ETAL who makes the appointment Tried To get Epperson To sign off before the work was complete on Epperson which is Dentures That Epperson still

doesn't have. <u>Due process violation</u>
Epperson's Family member has called the Warden unit about Dental's unprofessional conduct.

On April 1, Epperson's Family member called down to Dental's Superior but Epperson was not given notice of that. The Family member of Epperson has called to Dental Staff the women who makes the appointment <u>ETAL</u>. But <u>ETAL</u> always acts like they don't know what is going on. Also the Dentist the women <u>ETAL</u> has knowledge of what is going on and she also acts like they don't know what is going on which is very unprofessional and causes Epperson Injustice under Due process.

The women Dentist <u>ETAL</u> and the appointment women <u>ETAL</u> also gossip about Epperson behind his back which causes more Fuel on the Fire.

I've come in going to Dental and the Medical staff look at me crazy and the laugh at me based on what the I <u>ETAL</u> people in Dental say. Also others talk about me who are guards and the <u>code of conduct</u> quotes staff shall not use slang make gestures of obscence or indescent Remarks, or make derogator References To other staff members of the public or offenders.

by This Type of behavior being on the face of the record. Epperson gets Treated with disrespect. People in D.C.C. laugh in his face and stab Epperson in the back based on the Realm of authority.

This is Deliberate indifference. Prison walls do not separate Inmates from the protections of the Constitution. The Fourteeth Amendment prohibits any person from depriving life, liberty or property without due process of Law. Epperson was promised through contract medical grievances by Dental To Recive Dentures. By not Reciving them in a proper manner violates due process. No body should have to walk around with there mouth tore up and not being able to eat properly. To put Epperson through that Type of pain cruel and unusual punishment is on the face of the record. The pain Epperson has been through is inhumane.

Black Law quotes cruel and unusual punishment, Loss of a right or privilege or shocking to the moral sense. Memorandum of facts show prima facie case of 5th and 14th and 8th Amendment violation which cause Epperson To Recive inhumane, Treatment by Dental Abusing their authority Towards Epperson

<u>Black Law</u> quotes - inhumane lacking sympathy, pity, warmth or compassion. Dental Department has been given proper notice under document form. Dental Department was Taking other people who made appointments after me on purpose which is prejudice. Dental Department <u>must</u> without depriving Epperson of the rights Guaranteed To Him by the Federal Constitution. The Appointment women (<u>ETAL</u>) which is the helper of the women Dentist always charges Epperson For appointment. When it should just be a follow-up appointment. To keep charging Epperson For appointments, is <u>Multipicity</u> Therefore it would be <u>Double jeopardy</u> For Epperson To keep being charged For Teeth to be pulled out that Dental had To pull out from the begining.

<u>Multipicity</u> is a charging of the same incident. or when a single incident is charged in several ways.

<u>Black Law</u> quotes <u>Incident</u> an occurrence or event

It's insufficient For Dental To leave Epperson's gum's un covered. By doing so causes health problems

It has not Taken 7 months for Epperson's mouth To heal. Epperson has been through alot while waiting on Dental To stop Trying To play on Eppersons Intelligence Nobody wants To look any kind of funny or not being able To eat. It's very hard for Epperson To have To induce This Type of pain.

Just because Epperson stands up for his 5th Amendment right. Dental always punish's Epperson by prolonging but Tries To make up excuses To fit there wrong.

Epperson suffers behind Dental Acting like They have never did anything wrong But have and always Trying To cover up.

Dental can't cover up Epperson doesn't have Dentures and his mouth has been healed.

Epperson had partial plates and when he got Teeth pulled Top and bottom Epperson never went through prolonging or frivolous excuses. And 10 Teeth were Taken out in order for Epperson To get his partial plate.

Epperson has Talked To Dentist and They have given him plenty of knowledge for the Dental Department. To Try To play on Eppersons Intelligence is prejudice

Epperson may not be Transfered for exercising Constitutional rights. Epperson needs Inpression so he can get Dentures to eat properly. Epperson has been going through hardship for a while. Prison officials or Dental Department subcontracked were not entitled to qualified immunity for liability, inmates 1983 action alleging that he had been wrongfully restricted of Due process rights. 8th Amendment violation cause prejudice and pain toward Epperson which caused abuse of authority by state officals and subcontracked organization.

Prison officals and subcontracked organization have been given proper notice by medical grievances.

Inmates pursuit of grievances against Department of Corrections service was activity clearly protected by Federal Constitution. Documents in letter form were sent to show violation of Constitution Statue 1) Grievance chairperson M Merson

2) Deputy Warden Burris
3) Warden Thomas Carroll
4) Dental Department

Epperson would like Inpresson done so Dentures can be given. $15000 thousand dollars for pain and suffering

Kevin Epperson

February 25, 2005

Exhibit (1)

Kevin Epperson
~~22~~
(CU7)

I received a call from your mother today. She said that you had teeth pulled about a month ago and are still experiencing problems. I have sent a note to the dental department about this issue. If you can also put in a slip to be seen by dental, that would be helpful and follow the normal protocol for a dental visit also.

Thank you, and keep me posted as to how you make out.

Cindy Atallian
Counselor – 22

March 9, 2005                 *CU7* b                          Exhibit (2)

Kevin Epperson
22
CU7

I have forwarded your letter to the dental department regarding your complaints of dental issues. I had previously sent them a letter after receiving a call from your mother. Please keep me posted as to your progress.

Thank you,

Cindy Atallian
Counselor – 22

*[Handwritten annotations: "Kevin Epperson", "C47", "SBI 15650", "Blg 22.", "exhibit (3)"]*

February 25, 2005

Dental Department

I received a call from the mother of Kevin Epperson, 156562, of Building 22. The mother said about a month ago her son had some teeth pulled. She said he is still experiencing problems and needs help with it. I have advised him to continue to submit a dental slip to have it corrected, but I wanted to send your office a quick note also.

Thank you so much for your help.

Cindy Atallian
Counselor – 22

*[Handwritten note: "You have been scheduled."]*

**SPEED LETTER**

**TO:** Kevin Epperson 22 Cu 7  exhibit (4)

**FROM:** Cindy Hallman Counselor - 22

**SUBJECT:**

**MESSAGE:** I received your letter. Your originals are attached. Both typed ones are from me, the handwriting is not. It looks like the dental department wrote the note about you being scheduled. I will be doing follow up today about this issue. Please send

**REPLY:** me a note if you are called out shortly to dental.

Thank you.

DATE: 3/24/05   SIGNED: CH

FORM #: 535    SEND PARTS 1 & 2 INTACT. PART 2 WILL BE RETURNED WITH REPLY. RETAIN PART 3 FOR FILE.

**SPEED LETTER**

TO: Kevin Epperson 22 CU7    exhibit (5)

FROM: Cindy Atallian Counselor-22

SUBJECT:

MESSAGE: I have sent another inquiry to the Dental Department about your dental concern. I will continue to pursue this issue.

DATE 4/4/05    SIGNED CA

REPLY:

DATE ___ SIGNED ___

FORM #: 535    SEND PARTS 1 & 2 INTACT. PART 2 WILL BE RETURNED WITH REPLY. RETAIN PART 3 FOR FILE.

## Certificate of Service

I, Kevin Epperson, hereby certify that I have served a true and correct cop(ies) of the attached: 1983 Form under The Civil rights Act 42 U.S.C. upon the following parties/person (s):

TO: clerk
U.S. District Court
J Caleb Boggs Federal Bldg
Lox Box 18
844 N. King Street
Wilmington, Del 19801

TO: Warden Thomas Carroll
Delaware Correctional Centr
1181 Paddock Road
Smyrna, Delaware 1997

TO: Dental Department
Delaware Correctional Center
1181 Paddock road
Smyrna, Delaware
19977

TO: Commissioner S. Tayl.
80 Monrovia
Smyena Del 19974

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 12 day of April, 2005

Kevin Epperson

I/M Kevin Epperson
SBI# 156562  UNIT MUH-22-C-U-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Clerk
U.S. District Court
J Caleb Boggs Federal Building
Lox Box 18
844 N. King Street
Wilmington, Delaware 19801