C-V-C
156567

4/20/05

05cv219 KAJ

To- Clerk
U.S. District Court
J Caleb Boggs Federal Bldg
Lox Box 18
844 N King Street
Wilm, Del 19801

FILED
APR 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

From- Kevin S. Epperson
Petitioner sent your office a copy of 1983 civil rights Act 42 U.S.C Dated April 12, 2005
Petitioner sent all other copies to parties listed. But had to refile one petition under the Commissioner. Address was incorrect but petitioner corrected that and refiled on 4/20/05.

The new address is
Commissioner Stanley W Taylor
Del Department of Corrections
Administration Bldg
245 McKee Rd
Dover, De 19904

All other addresses are the same. Also petitioner would like to know did you receive 1983 civil right petition Dated 4/12/05. Thank you for your time.
Kevin Epperson

I/M Kevin Epperson
SBI# 156562  UNIT MUH-22-C-U-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postmark: WILMINGTON DE, PM 21 APR 2005]

Legal Mail

Clerk
U.S. District Court
J Caleb Boggs Federal Bldg
Lox Box 18
844 W. King Street
Wilmington, Del 19801