05cv219 KAJ

4/20/05

To - Clerk
From - Petitioner Kevin S. Epperson

Subject - Petitioner had Judge Kent Jordan on a criminal case which he cause prejudice to the Constitutional rights of petitioner.
Petitioner has it on Record in Federal Court and had Requested under Due Process of Law that Judge K Jordan not over see anything that had to come in to Federal Court with petitioners name on it based on how he was Treated.
Documents in letter form were sent to District court about the situation. For Judge Kent Jordan to handle my 1983 <u>**WOULD**</u> <u>be a miscarriage of justice.</u>

Thank you for your Time and May God Bless you and your Family

Respectfully
Kevin Epperson

c/c
clerk
(Imate copy)

FILED
APR 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Kevin Epperson
SBI# 156562   UNIT MUH-22-C-U-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postmark: WILMINGTON DE, PM 21 APR 2005]

Legal mail

Clerk
U.S. District Court
J Caleb Boggs Federal Bldg
Lox Box 18
844 N. King Street
Wilmington, Del 19801