OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 26, 2005

TO:   Kevin Epperson
      SBI #156562
      DCC

*RE:   Letter Requesting Status of Case; CA 05-219 KAJ*

Dear Mr. Epperson:

    This office has received a letter from you (DI 3) requesting information regarding the Clerk's receipt of your civil right petition dated April 12, 2005. Please be advised, your case is assigned to the Honorable Kent A. Jordan and is currently pending before the Court. You will be advised by the Court as to further developments in your case.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/btg

PETER T. DALLEO
CLERK

cc: ✓ The Honorable Kent A. Jordan: CA 05-219 KAJ
enc. Docket Sheet

C-V-7
156567

4/20/05 ③

05cv219 KAJ

To- ~~Clerk~~
U.S. District Court
J Caleb Boggs Federal Bldg
Lok Box 18
844 N King Street
Wilm, Del 19801

COPY

FILED
APR 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

From - Kevin S. Epperson
Petitioner sent your office a copy of 1983 civil rights Act 42 U.S.C Dated April 12, 2005
Petitioner sent all other copies to parties listed. But had to refile one petition under the Commissioner. Address was incorrect but petitioner corrected that and refiled on 4/20/05.

The new address is
Commissioner Stanley W Taylor
Del Department of Corrections
Administration Bldg
245 McKee Rd
Dover, De 19904

All other addresses are the same
Also petitioner would like to know did you recive 1983 civil right petition Dated 4/12/05. Thank you for your Time.
Kevin Epperson