CA. 05-219 KAJ

Dear Honorable Kent A Jordan
I want To let you know I am very sorry we had a Misunderstanding Starting off.
Sir I hope you can Forgive me and the air can be clear. Also sir I am asking you to be give me a Fair meaningful Review. Sir please help me as the over seer I Really need my Teeth.
It's very painful not To be able To eat properly. Also I am asking you To stop the prison system From using Tactic's to stop my Filing or Movement process based on their hate I Filed a 1983.

Honorable Kent please know I Respect you and hope you will Take my words of Truth in To your heart.

May God Bless you and your Family

Respectfully
Kevin Eppem

P.S.
Exhibits
sent
letter written To accounting
and grievance
5/17/05



FILED
MAY 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In The United States District Court
For The District of Delaware

CA. 05-219 KAJ

To- Honorable Kent A Jordan

From- Kevin S. Epperson    5/17/05

Subject- Account office will not give Epperson account statement after asking properly. Epperson would like the Honorable Kent A Jordan to order the accounting to send a 6 month Trust Fund starting from April of 2005 To Nov of 2004 This would be a 6 month period.

Every since the Correctional system found out that I'am filing a 1983 Law suit against them the system has been acting out and violating Constitution rights, Epperson also is sending a Exhibit of Grievance Report which clearly shows the matter of Epperson not getting proper service which Dental agreed on violates Due process.

Dental continues to prolong and use frivolous excuses which don't coincide, Epperson is still suffering Because he can't eat and He's losing weight which is cruel and unusual punishment.    Respectfully Kevin Epperson

Exhibit

5/8/05

To - Stacy Shane

From - Kevin S Epperson

Subject - certified copy of Defendants Trust Fund.
Starting From April of 2005 To Nov of 2004

Dear MS Shane
How are you doing Fine I hope and Pray. I've written To you before and I haven't heard anything From you or Recieved any Trust Fund statement. This is my second letter I need this information A.S.A.P.
Please I have a court dead line, I expressed This information To you and haven't recieved anything

May God Bless you and your Family

Respectfully
Kevin Epperson

c/c

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/01/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name: EPPERSON, KEVIN S | SBI#: 00156562 | Institution: DCC |
| Grievance #: 10546 | Grievance Date: 01/09/2005 | Category: Individual |
| Status: Unresolved | Resolution Status: | Resol. Date: |
| Grievance Type: Health Issue (Medical) | Incident Date: 01/09/2005 | Incident Time: |
| IGC: Merson, Lise M | Housing Location: Bldg 22, Upper, Tier C, Cell 7, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Mouth is healed after getting several teeth pulled. Was misled to beleive by dental staff that a follow up appointment was going to be asap. Epperson signed off on medical grievance based on dentals agreement which has not come to pass. Eppersons mouth is not fixed and no dentures have been made. Dental always prolongs Eppoersons appointment and make Eppersons mouth. Epperson is not suppose to be charge at the first visit follow up is required.

**Remedy Requested:** Epperson would like dental to stop prolonging appointment a month or so and finish the job.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance: YES | Date Received by Medical Unit: 01/14/2005 |
| Investigation Sent: 01/14/2005 | Investigation Sent To: Wolken, Gina |
| Grievance Amount: | |

Case 1:05-cv-00219-KAJ    Document 7    Filed 05/19/2005    Page 5 of 5



I/M Kevin Epperson
SBI# 156562    UNIT MCH-2B-C---
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Kent A Jordan
U.S. District Court
844 N King Street Lockbox 18
Wilmington Del 19801