IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN SIDNEY EPPERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-219-KAJ |
| ) | |
| COMMISSIONER STANLEY TAYLOR, ) | |
| WARDEN THOMAS CARROLL, DENTAL ) | |
| DEPARTMENT, DENTIST WOMAN, ) | |
| and APPOINTMENT WOMAN, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

WHEREAS, the plaintiff is a prisoner incarcerated at the Delaware Correctional Center in Smyrna, Delaware, and on April 13, 2005, the plaintiff filed a complaint under 42 U.S.C. § 1983 without certified copy of his prison trust account summary;

WHEREAS, on April 26, 2005, this Court assessed the plaintiff the $150.00 filing fee and ordered him to submit the required documents within thirty (30) days from the date the order was sent (D.I. 5);

WHEREAS, on May 18, 2005, the Court received the plaintiff's letter motion alleging that the prison business office will not give him a copy of his trust account statement and requesting an extension of time to comply with the April 26, 2005 order (D.I. 7 at 2);

THEREFORE, at Wilmington this 7th day of

_____June_____, 2005, IT IS HEREBY ORDERED that the plaintiff's request is GRANTED. The plaintiff shall file the required document(s) within thirty (30) days from the date this order is sent. If the plaintiff fails to file the required document(s) in the time provided, then the Court shall dismiss the action without prejudice.

_____
United States District Judge