IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KEVIN SIDNEY EPPERSON,            )
                                  )
          Plaintiff,              )
                                  )
     v.                           )  Civ. No. 05-219-KAJ
                                  )
COMMISSIONER STANLEY TAYLOR,      )
WARDEN THOMAS CARROLL, DENTAL     )
DEPARTMENT, DENTIST WOMAN,        )
and APPOINTMENT WOMAN,            )
                                  )
          Defendants.             )

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 26, 2005, this Court entered an order granting leave to proceed in forma pauperis and ordering the plaintiff to submit within thirty (30) days from the date the order was sent, a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 5);

WHEREAS, on May 19, 2005, the plaintiff filed a letter motion requesting an extension of time to file the certified copy of his trust account statement (D.I. 7);

WHEREAS, on June 7, 2005, this Court granted the

plaintiff's letter motion requesting an extension of time to file
the certified copy of his trust account statement (D.I. 8);

WHEREAS, the required document(s) were to be filed
within thirty (30) days from the date the order was sent or the
case would be dismissed;

WHEREAS, to date, the required document(s) have not
been received from the plaintiff;

THEREFORE, at Wilmington this 1st day of August,
2005, IT IS HEREBY ORDERED that the plaintiff's complaint is
DISMISSED WITHOUT PREJUDICE.

United States District Judge

2