Information To Judge Kent Jordan about my situation.

04-332

Your Honor
Thank you for all you have done and may God Bless you and your Family.

Respectfully
Kevin Green

8/6/05

FILED
AUG - 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE