United States District Court
For The District of Delaware

Kevin S Epperson
        Plaintiff

                    Civ No. 04-0332-KAJ

        v

Commissioner Stanley Taylor
Warden Thomas Carroll
Dental Department
et al (subsontracked)
Dentist women
Defendants

FILED

AUG - 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Reconsideration

Plaintiff Kevin S Epperson is
requesting reconsideration.
Epperson Filed his 6 month
account form and a motion
To Amend.
Epperson has Filed a grievance
on ETAL c/o women who said she
put documents in mail bag. griev-
ance was Filed 8/4/05.
cK

The 8 To 12 shift is suppose To Take the
mail out To the mail room. And the
Mail Room was suppose To send mail
out.

This grievance was written up on all
Three shifts. And Epperson ask For
a Investigation about the matter
because not sending legal mail out denies
Epperson access to the courts.

Thank you sir For given me Time
which came under a extension. But
sir it wasn't my fault that the mail
was hindered.

In Trest of Justice is warranted, based
on situation out of Epperson's control
which cause prejudice To the plaintiff
which brought on a hardship under
Due process.

Your Honor I'm hoping you will
except my case and Reopen so
Plaintiff can Recive justice.

Thank you For your
Time

Plaintiff
Didn't recive
order From
you until                    Respectfully
Aug 3, 2005                  Kevin Epperson
and the mail was            c/c                    8/8/05
already open which it shouldn't of been

IM Kevin S Epperson
SBI # 156562
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
mail

Office of the Clerk
United States District Court
844 N King Street lock box 18
Wilmington Delaware

19801

Legal
mail