United States District Court
For The District of Delaware

Kevin S Epperson
      Plaintiff

FILED

AUG - 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Commissioner Stanley Taylor
Warden Thomas Carroll
Dental Department
et al (subcontracked)
Dentist women
Defendants

Motion To Amend CA:04-0332 KAJ

Black Law quotes stating the
condition of matter as with
respect To reality. The condition
of a person as with respect To
circumstances.
Black Law quotes claim an
asserition of something as a Fact
A right. A right asserted as a Fact

Cruel and unusual punishment
quoted by Black Law. injury or
damage harm
The record reflects that Epperson
has no Teeth in his mouth. His
gums are uncovered which causes
harm. Epperson can not eat properly
which causes his gums To hurt.
Epperson has lost weight by not
being able To eat properly. This
undermines Epperson being a
priority based on his condition.
Epperson has Filed medical griev-
ances but Dental always comes
up with Frivolous excuses which
have no Truth To Epperson's con-
dition.
Dental always see's others and
causes Epperson To suffer based
on the Filing of Medical griev-
ances. Epperson has been in jail
For over Ten years and by the
Dental Department starting
the work it is only proper under
the Due process rule that they
Finish.

Epperson is sTaTing a claim based
on the condition of a matter
noTeeth in his mouth with respecT
To reality which brings harm based
on Eppreson losing weight because
he can't eat properly and his gums
hurting.
The condiTion of the circumst-
ances show cruel and unusual punish-
ment.
Proper noTice has been given Dental
and Health AdminsTrator just
Take sick calls sign them and
act like they did something
when they didn't. It's only To
cover them on paper work. That
Type of conduct undermines the
Fundamental, Legality, reliability
inTegrity and fairness of the
proceedings.
Dental and Health AdminsTrator
Deliberately prolong Eppreson's
Dentures which is a Health
Risk and prejudice based on
Ms Munson being head Health
Adminstrator and knowing Epp-
erson's condition.

Epperson Told Dental and Health Administrator through medical grievances about his serious condition of his mouth hurting losing weight based on no Dentures etc.

Dental would call Epperson over to the office and not give him impressions but do other inmates for spite. Dental Deliberately acted prejudice against Epperson based on filing of grievance against them for there unprofessional conduct, which causes cruel unusual punishment which proved harm against Epperson and causes futher injury.

By Epperson not getting proper Dentures causes harm which brought about cruel and unusual punishment.

Epperson has stated a claim and would like for the court To honor the harm, Damage and injury Towards Epperson.

Respectfully