FORM #584

GRIEVANCE FORM

FILED
AUG - ? 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FACILITY: D.C.C.   DATE: 8/4/05

GRIEVANT'S NAME: Kevin Epperson   SBI#: 156562

CASE#: _____   TIME OF INCIDENT: _____

HOUSING UNIT: MUIT-22-C-U-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Hendrick v Coughlin 114 F3d 390 2nd Cir. Grievance activity clearly protected by Federal Constitution.
Inmate Epperson filed grievance on ETAL c/o woman she said she put documents in mail bag 4 to 12 shift, 12 to 8 shift was suppose to collect mail and take mail to mail room. And mail room is suppose to send mail out. Inmate Epperson was denied access to District court which is a Due process violation.

ACTION REQUESTED BY GRIEVANT: Epperson would like a investigation done based on the judges order stating he didn't get documents and also for fairness towards Inmate Epperson and the filing proceedings to the courts.

GRIEVANT'S SIGNATURE: Kevin Epperson   DATE: 8/4/05
c/c

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV