Sending me a Jevedence that is one never
acted on violates Epperson's Due process

10/12/05

CA05-219

Dear Your Honor

Thank you for all you have done. I am asking you sir for a fair ruling.

I sent everything and I also sent you a Motion To Amend prior to this.

Sir please know that my situation is real and without proper justice I will not be able to chew — properly.

Thanks and may God Bless you and your Family

Respectfully Kevin Epperson

FILED
OCT 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE