Exhibit (A)

September 28, 2005

Kevin Epperson, 156562
22
CU7

Thank you for your recent letters and the copy of the information on your lawsuit. I had to miss the meeting last week as I had Project Aware. However, I sent your name to be reviewed again at the mental health meeting with the other counselors representing our area. . You are still on the agenda. There is another meeting next week, and I plan to bring your name up again and again until we get this issue resolved. I have your information placed in my follow-up file so that I will see it each week until we get to the bottom of this.

Thank you, and please keep me posted if someone comes to see you from dental.

Cindy Atallian
Counselor – 22