September 9, 2005

Kevin Epperson, 156562
22
CU7

I received your letter and took both the letter and the sick call slip with the harsh comments to the mental health meeting. I provided a copy to Major Holman who is following up on the issue.

Please keep me posted if someone comes to see you. I will also be following up on this as you are now on the agenda of the next mental health meeting for the 22nd of September. Please keep me posted of any developments before that date.

Thank you,

Cindy Atallian
Counselor – 22