Exhibit C

Civ No. 05-219-KAJ

FORM #585

MEDICAL GRIEVANCE

FACILITY: D.C.C.
DATE SUBMITTED: 10/5/05
INMATE'S NAME: Kevin Epperson
SBI#: 156561
HOUSING UNIT: MUH-22-C-U-2
CASE #:

See Memorandum of Facts attached

c/c NAACP / ACLU
State building
Federal building

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

Grievance activity clearly protected by Federal Constitution
Hendricks v Coughlin 114 F3d 390 2nd Cir
Epperson not being able to chew his food properly has caused Epperson to lose weight in the past. Also Epperson's gums are not protected based on no Dentures to cover gums from infection this causes a Health problem. Gums also hurt when eating food without proper Dentures which is unbearable warranted in the Interest of Justice

GRIEVANT'S SIGNATURE: Kevin Epperson    DATE: 10/5/05

ACTION REQUESTED BY GRIEVANT: All complaints must go through grievance system first in order to give Correctional Center a chance to resolve the complaint. Which Dental hasn't. Both parties have been given proper notice the Head Administrator and Dental.

DATE RECEIVED BY MEDICAL UNIT: _____

Epperson wants Dental to give him his Dentures A.S.A.P.

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

It's been over a year since the process started.

EX-C

# Memorandum of Facts
## Civ No. 05-219-KAJ

Epperson has been waiting over a year Ever since the grievances and other documents have been filed. Dental has prolonged Epperson's appointments with frivolous excuses.

Dental would Deliberately force Epperson to file or have his family call to get work done on his mouth which undermines the Fundamental Legality, reliability, integrity and fairness of the proceedings of professional Dental care which would not cause Epperson harm. Revisiting in the Interest of justice Documents were from D.C.C. were post dated and False Dates were given to other staff member to cover these unprofessional acts. A proper investigation was not done, miscarriage of justice occured. A proper investigation is needed because the state is not capable of impartially investigating itself.

Epperson has suffered a great loss which cause him pain, harm and humiliation based on looking very bad because not being able to chew cause a lost of weight which brought harm and others around me looked at me and thought I was sick with a defect Black Law quotes cruel and unusual punishment - harm

c/c

Respectfully
Kevin Epperson