In The United States District Court
For The District of Delaware

Kevin Sidney Epperson
<u>Plaintiff</u>

Civ No. 05-219-KAJ

v

Commissioner Stanley Taylor
Warden Thomas Carroll, Dental
Department, Dentist woman,
and appointment woman
<u>Defendants</u>

FILED
NOV - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>Order To Dismiss without prejudice</u>

Comes now Kevin S Epperson before this Honorable Court requesting that civil action 05-219-KAJ be dismissed based on these prima facie showings presented.

1) Plaintiff has received his Dentures in the month of Oct.

2) Plain has expressed showings of cruel and unusual punishment based on not being able to chew his food properly over a certain period of time which caused harm to plaintiff that why plaintiff was losing weight.

3) To continue the claim after Dentures have been given to plaintiff would be a waste of time based on receiving them

4) Plaintiff also expresses that 28 U.S.C. 1915(a) should be moot based on the facts that no order was handed down negitive or positive in my favor.Ase on filing proceedings. Also by no transaction taken place the plaintiff having to pay should be moot.
To make plaintiff pay a fee and he never received any order addressing issue before motion to dismiss was filed violated Due Process

Respectfully
Keren Green
11/2/05

Subscribed to before me this 2nd day November, 2005

Timothy J. Marto
(Notary Public)

my Commission expires: June 14th 2006

## Certificate of Service

I, Kevin S Epperson, hereby certify that I have served a true and correct cop(ies) of the attached: Motion To Dismiss without prejudice motion notarized upon the following parties/person (s):

TO: Office of the clerk
U.S. District court
844 N. King st Lockbox 18
Wilm, Del 19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 2 day of Nov, 2005

Kevin Epperson

<13801+3513 12>



IM Kevin S Epperson
SBI# 156562 UNIT MCU 22-C-U-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Office of The Clerk
U.S. District Court
844 N King Street Lockbox 18
Wilmington Delaware
19801

13801+3513 12