IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN SIDNEY EPPERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-219-KAJ |
| | ) |
| COMMISSIONER STANLEY TAYLOR, WARDEN THOMAS CARROLL, DENTAL DEPARTMENT, DENTIST WOMAN AND APPOINTMENT WOMAN, | ) |
| | ) |
| Defendants. | ) |

### ORDER

The court, having considered plaintiff's motion for dismissal and waiver of fees (D.I. 17; the "Motion"),

IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

November 7, 2005
Wilmington, Delaware